# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EDWARD D. SCHERTLER, II

NO. 2025 KW 1286

**MARCH 9, 2026**

---

In Re:     State of Louisiana, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, Nos. 630731, 630732.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED.** The district court's ruling granting defendant's motion to suppress is reversed and this matter is remanded to the district court for further proceedings. Probable cause sufficient to issue a search warrant exists when the facts and circumstances within the affiant's knowledge and of which he has reasonably trustworthy information, are sufficient to support a reasonable belief that an offense has been committed and that evidence or contraband may be found at the place to be searched. **State v. Casey**, 99-0023 (La. 1/26/00), 775 So.2d 1022, 1027-28, cert. denied, 531 U.S. 840, 121 S.Ct. 104, 148 L.Ed.2d 62 (2000). The process of determining probable cause for the issuance of a warrant does not involve certainties or proof beyond a reasonable doubt, or even a *prima facie* showing, but rather involves probabilities of human behavior, as understood by persons trained in law enforcement and as based on the totality of the circumstances. **State v. Lurding**, 2021-0430 (La. App. 1st Cir. 12/22/21), 340 So.3d 97, 101, writ denied, 2022-00147 (La. 3/15/22), 334 So.3d 392. In this case, based on the totality of the circumstances, we find there was a "substantial basis" for concluding probable cause existed. **Illinois v. Gates**, 462 U.S. 213, 103 S.Ct. 2317, 76 L.Ed.2d 527 (1983); **State v. Green**, 2002-1022 (La. 12/4/02), 831 So.2d 962, 969. After the fact scrutiny by courts of the sufficiency of an affidavit should not take the form of *de novo* review. **Gates**, 462 U.S. at 236, 103 S.Ct. at 2331. Accordingly, the district court erred in granting the motion to suppress.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT